UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DJAMEL AMROUNE** <br><br> Plaintiff, <br><br> v. <br><br> **EMBASSY OF THE REPUBLIC OF IRAQ,** <br><br> Defendant. | * <br> * <br> * <br> *   Civil Case No. 1:23-cv-03445 <br> * <br> * <br> * <br> * <br> * |

## PLAINTIFF'S STATUS REPORT

Plaintiff Djamel Amroune ("Plaintiff"), through undersigned counsel, submits this Status Report pursuant Judge Amy Berman Jackson's Minute Order dated April 24, 2024.

1. In Judge Jackson's Order, Judge Jackson directs Plaintiff to file a Status Report updating the Court on Plaintiff's efforts to effectuate service of process on Defendant, the Embassy of the Republic of Iraq ("Defendant").

2. Earlier today, June 5, 2024, Attorney Advisor Jared N. Hess, on behalf of the United States Department of State, emailed Plaintiff's undersigned counsel, and confirmed as follows:

   > Good Morning Mr. Greenberg,
   >
   > We learned this morning the documents were transmitted today. Our embassy is packaging it for return to Washington through the diplomatic pouch. Once received in our office in DC, we'll finalize and forward to the clerk.

3. Based upon the foregoing, it appears that in short time, the United States Department of State will provide this Court with confirmation of effectuation of service of process of Plaintiff's Complaint and Court-issued Summons on Defendant.

2

        Respectfully submitted,

        ZIPIN, AMSTER & GREENBERG, LLC

        __/s/   Gregg C. Greenberg_____
        Gregg C. Greenberg, Esq.
        DC Fed. Bar No. MD1729
        8757 Georgia Avenue, Suite 400
        Silver Spring, Maryland 20910
        Phone: (301) 587-9373
        Email: ggreenberg@zagfirm.com

        *Counsel for Plaintiff*