UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DJAMEL AMROUNE | * |
| Plaintiff, | * |
| v. | * Civil Case No. 1:23-cv-03445 |
| EMBASSY OF THE REPUBLIC OF IRAQ, | * |
| Defendant. | * |

# PLAINTIFF'S STATUS REPORT

Plaintiff Djamel Amroune ("Plaintiff"), through undersigned counsel, submits this Status Report pursuant Judge Amy Berman Jackson's Minute Order dated June 7, 2024.

1. In Judge Jackson's Order, Judge Jackson directs Plaintiff to file a Status Report updating the Court on Plaintiff's efforts to effectuate service of process of Plaintiff's Complaint and the Court-issued Summons on Defendant, the Embassy of the Republic of Iraq ("Defendant"), if proof of service has not been docketed with this Court before the June 28, 2024.

2. Earlier today, June 28, 2024, a member of the Judicial Assistance Team, on behalf of the United States Department of State, emailed Plaintiff's undersigned counsel, and confirmed as follows:

> Good Morning,
>
> We've been notified that the documents were recently transmitted on June 5. It usually takes a couple of weeks after transmission for our office to receive the diplomatic note. As of yesterday, we have not yet received the diplomatic note.

3. Based upon the foregoing, it appears that in short time, the United States Department of State will provide this Court with confirmation of effectuation of service of process of Plaintiff's Complaint and Court-issued Summons on Defendant.

        Respectfully submitted,

        ZIPIN, AMSTER & GREENBERG, LLC

        */s/ Gregg C. Greenberg*
        Gregg C. Greenberg, Esq.
        DC Fed. Bar No. MD1729
        8757 Georgia Avenue, Suite 400
        Silver Spring, Maryland 20910
        Phone: (301) 587-9373
        Email: ggreenberg@zagfirm.com

        *Counsel for Plaintiff*