# EXHIBIT A

# United States Department of State

# Diplomatic List

## Fall 2020

# Preface

This publication contains the names of members of the diplomatic staff of all missions and their spouses. Members of the diplomatic staff are those mission members having diplomatic rank. These persons, with the exception of those identified by asterisks, enjoy full immunity under provisions of the Vienna Convention on Diplomatic Relations. Pertinent provisions of the Convention include the following:

### Article 29

The person of a diplomatic agent shall be inviolable. He shall not be liable to any form of arrest or detention. The receiving State shall treat him with due respect and shall take all appropriate steps to prevent any attack on his person, freedom, or dignity.

### Article 31

A diplomatic agent shall enjoy immunity from the criminal jurisdiction of the receiving State. He shall also enjoy immunity from its civil and administrative jurisdiction, except in the case of:

(a) a real action relating to private immovable property situated in the territory of the receiving State, unless he holds it on behalf of the sending State for the purposes of the mission;

(b) an action relating to succession in which the diplomatic agent is involved as an executor, administrator, heir or legatee as a private person and not on behalf of the sending State;

(c) an action relating to any professional or commercial activity exercised by the diplomatic agent in the receiving State outside of his official functions.

--

A diplomatic agent's family members are entitled to the same immunities unless they are United States Nationals. ASTERISKS (*) IDENTIFY UNITED STATES NATIONALS.

**NOTE: The information contained herein was compiled as of September 30, 2020. <u>The names are not in protocol order of precedence.</u> This publication is a general reference guide as the status of diplomatic personnel working at foreign missions changes on a daily basis.** Status of personnel listed in this publication should be verified with the U.S. Department of State.

The **Diplomatic List** is available free of charge on the U.S. Department of State internet web site: http://www.state.gov/protocol

- 60 -

MR. AJI BAYU WIRROTAMA
    MS. INDRI HALIL WIRROTAMA
*FIRST SECRETARY (FIRST SECRETARY)*

MR. EASTON EBENHARD JEFRINDO
    MS. MARIA IKA NOVIDA LUBIS
*SECOND SECRETARY*

MR. MAULANA KASETRA
*SECOND SECRETARY*

MS. VINA NOVIANTI
*SECOND SECRETARY*

MR. DENNY ZAELANI
    MS. RAISSA KAULIKA IRZANI
*SECOND SECRETARY*

MR. MOHAMMAD BASTIAN MAULANA
    MS. INDAH PERMATASARI
*ATTACHE*

MR. HANANTO PRAKOSO
    MS. CITRA AYU ANGGRAENI
*ATTACHE*

MS. POPY RUFAIDAH
    MR. EVAN TEGUH WIBOWO
*ATTACHE (ATTACHE OF EDUCATION)*

MR. HARI EDI SOEKIRNO
    MS. DIAN YULIANTI
*ATTACHE*

MR. RAHWANTYA ARI SUSANTO
*ATTACHE*

MR. ARY LAKSMANA WIDJAJA
    MS. KIKI KURNIASIH
*ATTACHE (POLICE ATTACHE)*

MR. FNU WIJAYANTO
    MS. SEPTINA DEWI SAVITRI
*ATTACHE*

MR. IRDYANSYAH NAWIR YUNIOR AYUBA
    MS. MEITA WRESNIATI
*MILITARY ATTACHE*

MR. FNU HENDRI
    MS. SRI LESTARI RAHAYUNINGSIH
*MILITARY ATTACHE*

MR. AGE WIRAKSONO
    MS. MELANIA PRAJNA PRASTIWIYANTI
*MILITARY ATTACHE*

# IRAQ

EMBASSY OF THE REPUBLIC OF IRAQ
Chancery: 3421 MASSACHUSETTS AVENUE, NW, 20008
(EMBASSY: 202-742-1600) (FAX: 202-333-1129)

HIS EXCELLENCY FAREED MUSTAFA KAMIL YASSEEN YASSEEN
    *AMBASSADOR EXTRAORDINARY & PLENIPOTENTIARY*

MR. MOHAMMED HUSHAM MALIK AL FITYAN
    *MINISTER (MINISTER PLENIPOTENTIARY)*

MR. NEZAR HASSAN MOHAMMED TAKI ALHAKIM
    MS. BAN TALIB ABDULAMEER TUAMA
*COUNSELOR*

MR. DHAFER ABDULRAZAQ JALIL JALIL
    MS. ENAS KHALEEL IBRAHEEM ALI BASHA
*COUNSELOR*

MR. HATIM ABDULRAZZAQ ALI AL ANBARI
    MS. RUSUL MAHMOOD MAJEED AL BAYATI
*FIRST SECRETARY*

MR. HUSSEIN ABBAS IBRAHIM AL CHADERCHI
    MS. ZAINAB ADNAN MOHAMMED JAWAD AL NAJAFI
*FIRST SECRETARY*

MR. ALI TALIB HAMOODI AL HAMDANI
    MS. HEBA HADI MOHAMMED JOAD AL HACHAMI
*FIRST SECRETARY*

MR. MOHAMMED TARQ MOHAMMED AL KHYAT
    MS. ESRAA TALIB SHAGHATI SHAGHATI
*FIRST SECRETARY*

MS. HADEEL IBRAHIM MUHSIN AL MOUSAWI
    MR. ALAA AHMED HAMEED AL KAYAT
*FIRST SECRETARY*

MR. WATHIQ IBRAHIM MOHAMMED ALHAMMAM
    MS. HAIFA KHALAF TARISH ALHAMMAM
*FIRST SECRETARY*

MR. KARRAR ANWAR NASSER AL BDEERY
    MS. ZAINAB MOHAMMED KHALAF KHALAF
*SECOND SECRETARY*

MR. AHMED HASHIM SALIH UTAIFA
    MS. THIKRA SAHIB MUHAMMAD AL BAYER
*SECOND SECRETARY*

MS. FIDWAH ABDULHUSSAIN MANEA AL BAIDHANI
    *THIRD SECRETARY*

\* United States National