# EXHIBIT B



## Local Employees Contract

First Party: The Embassy/The Consulate of the Republic of Iraq in Washington, DC Represented by the Head of Mission. FAREd YASSeen

Second Party: Local Employee AMROUNE DJAMel Job title Private chef only Nationality FRENCh Passport No. T69686364 Issued on 08/23/2018 Issued from Virginia

**Both parties have agreed on the following:**

1) **Appointment:**

   a- The Local Employee pledges not to have received and not to receive in the future, any form of pension or benefits from Iraqi or foreign entities; otherwise, he/she will bear all legal consequences that may arise from his/her decision.

   b- The Local Employee shall provide the Diplomatic Mission with a valid residency permit from his/her country of residence (for non-nationals) ensuring that the permit does not include an item preventing the Local Employee from working. Other acceptable documents would be; a valid Work Permit, Certificate of Non-Conviction, Certificate of Good Conduct, and a Driver License if the Local Employee is hired as a driver.

2) **Contract Duration:**

   a- The first (3) months of the Local Employee's appointment shall be considered as a probationary period. The contract shall commence and be signed on the Local Employee's first day of work and shall be terminated on the last day of the year.

   b- The contract shall be signed only after gaining the Ministry of Foreign Affairs approval. The validity of the contract shall be one year, starting on January first and ending on December thirty first of each year.

3) **Contract Renewal:**

   a- The contract shall renew automatically, if either party (Employer or Local Employee) do not wish to renew the contract, they have to inform the other party of their decision (30) days prior to the termination date or otherwise defined by the law of the country.

4) **Local Staff Obligations and Duties:**

a- The Local Employee commits to performing his/her duties accurately, honestly, and diligently. The Local Employee also commits to carrying out his/her obligations efficiently and professionally. The Local Employee commits to working overtime if needed, especially during delegation visits without demanding any additional pay.

b- The Local employee commits to respecting the workplace and treating his colleagues, and the members of the Iraqi community dutifully. The Local Employee also commits to performing his/her duties in a dignified manner.

c- The Local Employee commits to confidentiality and not to reveal any information he/she obtained during their course of work, to any entity or institution, whether for personal gain or other purposes.

d- The Local Employee shall refrain from taking any actions that might affect the Diplomatic Mission's work and reputation. The Local Employee also refrains from giving any work-related statements to journalists and other media outlets without prior authorization from the Diplomatic Mission.

e- The Local Employee may not remove any official documents from the Mission headquarters. If the Local Employee does not adhere to this rule, legal action shall be taken against him/her, and the contract shall be terminated.

f- The Employer shall not provide the Local Employee with a letter addressed (to whom it may concern). Any letter provided to the Local Employee must be directed to a specific destination and must include the following sentence (The Embassy is not to be held liable or responsible for any financial, legal burdens or obligations that may result from providing this letter).

5) **Monthly Wages:**

a- Local Employee wages shall be paid in American Dollars.

b- The Local Employee shall be paid as compensation for his services, a base monthly salary in accordance with his Job title or as specified by the Ministry of Foreign Affairs.

c- The Local Employee shall be paid as compensation for his services a monthly salary of (4011..) Dollars/Month. This amount must also be mentioned in writing.

6) **Annual and Medical Leave:**

a- The Local Employee is entitled to all official and public holidays recognized by the Diplomatic Mission.

b- The Local Employee is entitled to (30) days paid annual leave, whether taken consecutively or non-consecutively. If the Local Employee exceeds the (30) day limit, then he/she is entitled to unpaid leave (not to exceed one full month).

c- The Local Employee is entitled to (30) days paid sick leave, providing he/she submits a medical report supporting his claim issued either by a public or private hospital and must be certified by the hospital administration and medical association in that country. The Local Employee is also entitled to (15) days half paid sick leave. If the Local employee exceeds the afore mentioned limit, he/she is entitled to unpaid sick leave (not to exceed one full month).

d- According to the rules and regulations, the Local Employee's leave days are explicitly scheduled for each calendar year and cannot be rolled over to the next fiscal year.

e- Female Local Employees are entitled to a (72) day paid maternity leave.

## 7) End of Service Benefits:

a- The Local Employee is entitled to an End of Service Benefit that amounts to one-month salary for each year of his/her service (the Local Employee's last salary shall be considered when determining his/her End of Service Benefit).

b- If the Local Employee submits his/her resignation due to personal reasons, then similar terms as mentioned above in paragraph (a) shall be applied here when determining his/her End of Service Benefit.

c- If the Local Employee disregards direct orders given to him/her or is absent from work during regular work hours without a legitimate excuse or prior notice, he/she is subject to an official written warning directing him to return to work within (10) working days. If the Local Employee fails to abide by the written warning, he/she will be given a second written warning directing him to return to work within 48 hours. If the Local Employee fails to abide by the second written warning, his/her service shall be terminated and the Local Employee shall not be entitled to his/her End of Service Benefit. The Diplomatic Mission has to inform the Ministry of Foreign of Affairs of these said procedures.

d- In the event of the death of the employee, disability, retirement or service termination due to the reduction of local employees by the Diplomatic Mission or closure of the mission. In this event, the End of Service Benefit shall be awarded to the Local Employee or his/her heirs in accordance with the terms of paragraph (a) mentioned above.

## 8) Contract Termination: The Contract shall be Terminated before its End Date in the Following Cases:

a- If the Local Employee submits his/her formal written resignation letter.

b- If the Local Employee fails to show up for work in accordance with paragraph (7/c) of this agreement.

c- If the Local Employee breaches any material term of this agreement, in this case, the Local Employee is not entitled to his/her End of Service Benefit.

d- If the Local Employee is convicted of a crime, in this case, the Local Employee is not entitled to his/her End of Service Benefit.

e- The death of the Local Employee.

f- If the Local Employee is terminal disable and is not capable of performing his/her duties.

g- If the Diplomatic Mission comes to an end (for any reason) or if the Mission needs to reduce the number of its Local employees.

9) **Contract Execution:**

a- This Contract shall be Executed two languages (Arabic and English). A third copy can be added in the language of the country where the Local Employee resides. The Local Employee shall be provided with a copy of the Contract; all other copies shall be sent to the administrative department in the Ministry of Foreign Affairs, where all documents related to the Local Employee are kept.

b- This Contract is consensual and binding to both parties.

c- This Contract was signed consensually by both parties in the city of ............ on ............

**The First Party:** D.r Fareed Yasseen

**The Second Party:**

AMROUNE DJAMEL

31/12/2019