# EXHIBIT C

(TRANSLATION OF A CONTRACT DRAFT)

# EMPLOYMENT CONTRACT FOR LOCAL EMPLOYEES WORKING IN MISSIONS ABROAD

**First Party:** Consulate/Embassy of Republic of Iraq in Washington represented by Head of Mission (...Fareed Yasseen...............) in his official capacity.

**Second Party:** Local Employee (Djamel Amrouss) of (French) Nationality, a holder of passport No. (16168626) on (02/23/2018) issued by (Virginia...) valid.

The first party and the second party agreed on the following:

### First: Employment:

1) I undertake that I don't receive any pension salary or social benefits; otherwise I shall assume the responsibility for all the legal consequences resulting therefrom.
2) I undertake that I shall submit a valid residence card of the country in which I live along with submitting a work permit issued by the local authorities of competence, in addition to submitting the non-conviction certificate.

### Second: Contract Period

After the approval of the Ministry's Headquarters to appoint the local employee in the mission, the contract period shall be for one year, starting from 5/1/2018, as from the date of issuing the administrative order by the mission under No. (49.1...) on (05/19/2010) and the commencement of work by the second party in the mission.

### Third: Contract Renewal:

The second party shall submit a written request to the Head of Mission, in which he declares his desire to renew the contract, a month prior to the its expiry, and this request is subject to the approval of the Head of Mission, and in case of approving it, the contract shall be renewed for one year with the same conditions and obligations, and upon not replying to the request by the Head of Mission within one month as from submitting it, the request shall be considered refused and accordingly the contract will not be renewed.

### Forth: Local Employee Obligations

1) The second party shall commit to perform the work assigned to him accurately, sincerely and honestly, he shall executes his duties with high competence and professionalism, and shall accept to be assigned to any work beyond the official working hours, specially upon the arrival of Iraqi delegations and he shall not request any additional amounts.
2) He is obliged to keep the dignity of his work according to the general norms and he shall behave with high ethics and respect for his coworkers in the mission, not mentioning his respect to the people who attend to the Mission's Headquarters to process their formalities.

3) The contractual person shall commit not disclose any information related to the mission that he may hear of during his work, whether to a person, board or organization, and whether for a personal benefit or any other interest, and he shall keep the information confidential and not disclose it.

4) The contractual person shall commit to abstain from any work or statement that may undermine the confidence in the mission or damage its reputation, and he shall commit not to make any statement or announcement regarding his work, whether thru newspapers, television or others, unless permitted by the first party in writing.

5) The second party shall commit not to take any official documents or papers to his house or any other public place, even if they were related to the work to which he is assigned, and he shall keep those documents and papers at the Mission's Headquarters, or else he will be subjected to legal accountability.

6) The local employee is not permitted to sleep at the Mission's Headquarters, and whenever is very necessary, the approval of the Ministry must be obtained.

7) The local employee shall not be provided with confirmation letters addressed " to whom it may concern", rather they shall be addressed to specific authorities, provided added to it a phrase indicating that (the mission shall not be responsible for any legal or financial obligations as result of borrowing or obtaining financial guarantees from banks and financial organizations made by the local employee.

## Fifth: Monthly Salary

1) The contracting with the local employees shall be in US Dollar currency.
2) The local employee upon the first employment shall earn the minimum salary of his grade.
3) The local employee earns a monthly salary of (     4000.00     ) Dollars (to state the salary in writing).

## Sixth: Ordinary and Six Leaves

1) The second party shall enjoy all the official holidays and anniversaries decided in the mission.
2) The local employee shall be granted an ordinary leave for (30) continuous days with full salary, and what exceeds that shall be without salary, provided that it shall not be more than one month.
3) The local employee shall deserve a sick leave of (30) days with full salary, according to a medical report issued by a state hospital, and another two weeks according to a medical report certified by a state hospital, and what exceeds that will be without salary, provided that it shall not be more than one month.
4) The local employee shall enjoy his total balance of ordinary leaves and it is not permitted to request for a financial compensation against them and the unused leaves shall not carried forward to the next year.

2

**Seventh: End of Service Bonus**

The local employee shall not be granted the end of service bonus unless the prevailing local laws stipulated that, and as follows:
1) If there is an unspecified legal obligation, the end of service bonus shall be a salary of one month for the first five years, and if service years are between five to ten years, the salary of two months shall be granted to him, and if more than ten years, he shall be granted the salary of three months only.
2) If there is legal obligation of specified rate, the end of service bonus shall be granted according to the local law.
3) If the second party applied for resignation due to private reasons, his service period stated in Para (1) above shall be taken into consideration upon granting him the end of service bonus.
4) The second party shall commit that in case of his absence from the official working hours without a legal excuse and not abiding by the instructions addressed to him, he shall be warned in writing and if he continued not abiding, he shall be warned for second time in writing and that shall result in forfeiting his end of service bonus.
5) In case the contractual person dies or becomes fully disabled, he or his family shall be granted the end of service bonus according to what is stated in Para (1) above.

**Eighth: Termination of Contract**

This contract shall be terminated before the completion of its period in the following cases:

1) Approving the resignation of the contractual person based on his official written request.
2) The contractual person stops attending to work without a legal excuse accepted by the mission, for a continuous period exceeding ten days, and he shall not deserve the end of service bonus.
3) The non-competence of contractual person in accordance with the periodic qualification reports.
4) Punitive dismissal by the decision of the mission, when he violates the provisions of the contract concluded with him and he shall not deserve the end of service bonus.
5) Convicting the contractual person of any immoral crime and he shall not deserve the end of service bonus.
6) The death of the contractual person.
7) The contractual person becomes fully disabled that he cannot continue in the work.
8) When he reaches the age of (63), which is the legal age of retirement, without contradicting with the local law.



3

### Ninth: Copies of Contract

1) This contract shall be issued in four copies (in Arabic Language) and in four copies (in the language of country in which the local employee lives), provided that to certify the four copies (in the language of country in which local employee lives) with the Notary Public Department on the country in which the local employee lives. The mission shall keep two copies of the contract (in Arabic and in the language used by the local employee) and the other two copies (in Arabic language and in the language used by the local employee) shall be sent to the Administrative Department at the Ministry's Headquarters along with all the supporting official documents of the local employee in order to keep them in his personal file, while the fourth, which is in the language of the contractual person, shall be filed at the Notary Public Department that certified the contract.

2) This contract has been issued by the agreement and consent of both parties in the City of (Washington) on 1/15/2019 — 31-21-2018

**Second Party**
**The Contractual Person**
Name: Djamal Amroune
Signature: [signature]
Date: 2018/5/1

**First Party**
**The Head of Mission**
Name: Foued Yacen
Signature: [signature]
Date:

