**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DJAMEL AMROUNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:23-cv-03445 (ABJ) |
| EMBASSY OF THE REPUBLIC OF IRAQ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Djamel Amroune and Defendant

Embassy of the Republic of Iraq hereby stipulate to the dismissal of Plaintiff's claims with

prejudice and each side to bear its own fees and costs.


Dated: March 13, 2026


_____/s/_____          _____/s/_____
Joshua Erlich, VA Bar No. 81298          Gregg C. Greenberg
THE ERLICH LAW OFFICE, PLLC          Zipin, Amster & Greenberg, LLC
1550 Wilson Blvd., Ste. 700          8757 Georgia Avenue, Suite 400
Arlington, VA  22209          Silver Spring, Maryland 20910
Tel: (703) 791-9087          Phone: (301) 587-9373
Fax:(703) 722-8114          Email: ggreenberg@zagfirm.com
Email:jerlich@erlichlawoffice.com

*Counsel for Defendant*          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will then send notification of this filing to the following:

Gregg C. Greenberg
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: (301) 587-9373
Email: ggreenberg@zagfirm.com

*Counsel for Plaintiff*

      /s/      
Joshua Erlich, VA Bar No. 81298
THE ERLICH LAW OFFICE, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA  22209
Tel:    (703) 791-9087
Fax:    (703) 722-8114
Email: jerlich@erlichlawoffice.com

*Counsel for Plaintiff*
